IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CROWN PARTS AND MACHINES, INC., doing business as H-E Parts International,<br><br>Plaintiff,<br><br>vs.<br><br>EURO MACHINE TOOL COMPANY, INC.; FRANK TURI,<br><br>Defendants. | CV 17-102-BLG-SPW-TJC<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS AND GRANTING EXTENSION TO ANSWER |

Defendants Euro Machine Tool Company, Inc. and Frank Turi ("Defendants") have filed an Unopposed Motion to Withdraw Defendants' Motion to Dismiss and Request for Extension of Time to Answer to Plaintiff's Amended Complaint. (Doc. 25.)

Good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (Doc. 13) is DENIED as moot, and Defendants shall have until November 30, 2017 to file their Answer to Plaintiff's Amended Complaint.

IT IS ORDERED.

DATED this 13th day of November, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge