IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CROWN PARTS AND MACHINES, INC., doing business as H-E Parts International,<br><br>    Plaintiff,<br><br>  vs.<br><br>EURO MACHINE TOOL COMPANY INC., FRANK TURI,<br><br>    Defendants, | CV 17-102-BLG-TJC<br><br>ORDER |
| EURO MACHINE TOOL COMPANY INC.,<br><br>    Counterclaim Plaintiff,<br><br>  vs.<br><br>CROWN PARTS AND MACHINES, INC., doing business as H-E Parts International,<br><br>    Counterclaim Defendant. | |

Plaintiff has filed an unopposed motion to vacate the settlement conference

1

set in this matter. Good cause appearing,

**IT IS ORDERED** that the settlement conference set for December 12, 2019 is VACATED.

**IT IS FURTHER ORDERED** that on or before December 18, 2019, the parties shall notify the Court as to whether this matter has settled, or whether it is necessary to reschedule the settlement conference.

DATED this 10th day of December, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge