John G. Crist
Crist, Krogh & Nord, PLLC
The Securities Building
2708 First Avenue North, Suite 300
Billings, Montana 59101
Telephone (406) 255-0400
Fax: (406) 255-0697
Email:  jcrist@cristlaw.com

Attorneys for Defendants, Euro Machine
Tool Company, Inc.; and Frank Turi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CROWN PARTS AND MACHINES, INC. d/b/a H-E PARTS INTERNATIONAL,<br><br>Plaintiffs,<br><br>vs.<br><br>EURO MACHINE TOOL COMPANY, INC.; and FRANK TURI,<br><br>Defendants. | Case No. 1:17-cv-00102-SPW-TJC<br><br><br>**STATUS REPORT** |

As requested by the Court, Defendant submits this Status Report.

Magistrate Judge DeSoto scheduled a Settlement Conference in this matter on December 12, 2019. In the week prior to the Settlement Conference, the parties made

1

significant progress towards settlement, so much so, that they contacted Magistrate Judge DeSoto to advise her that the parties believed that they could resolve the case (or not) without the Court's assistance given the progress that had been made, and that they did not want to take up 2 – 3 days of the Court's time, given the progress that had been made on settlement. Judge De Soto agreed and vacated the settlement conference.

The parties are still in the negotiations and have made further progress since last week. If the parties settle they will advise the Court. If not, the parties will proceed in accordance with the Scheduling Order issued by the Court for the completion of this case.

DATED this 20th day of December, 2019.

                                        CRIST, KROGH & NORD, PLLC

                                        By: /s/ John G. Crist
                                              John G. Crist

                                        Attorneys for Defendants Euro Machine Tool Company, Inc.; and Frank Turi

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2019, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1,2 | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | Email |

1. Clerk, U.S. District Court

2. Gerry P. Fagan
   Adam Warren
   Moulton Bellingham PC
   Suite 1900, Crowne Plaza
   P.O. Box 2559
   Billings, MT 59103-2559
   Gerry.Fagan@moultonbellingham.com
   Adam.Warren@moultonbellingham.com

>   CRIST, KROGH & NORD, PLLC
>
>   By: /s/ John G. Crist
>        John G. Crist
>
>   Attorneys for Defendants Euro Machine Tool Company, Inc.; and Frank Turi