Gerry P. Fagan
Adam Warren
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Gerry.Fagan@moultonbellingham.com
Adam.Warren@moultonbellingham.com

    Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CROWN PARTS AND MACHINES, INC. d/b/a H-E PARTS INTERNATIONAL,<br><br>                           Plaintiff,<br><br>  -vs-<br><br>EURO MACHINE TOOL COMPANY, INC.; and FRANK TURI,<br><br>                          Defendants.<br>EURO MACHINE TOOL COMPANY, INC.,<br><br>                      Counterclaim Plaintiff,<br><br>  -vs-<br><br>CROWN PARTS AND MACHINES, INC. d/b/a H-E PARTS INTERNATIONAL,<br><br>                      Counterclaim Defendant. | Case No. CV 17-102-BLG-SPW-TJC<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Crown Parts and Machines, Inc., d/b/a H-E Parts International, hereby provides notice to the Court that the parties have agreed to a settlement in the above-referenced matter. The parties are processing the settlement documents and expect to file a motion to dismiss soon.

**DATED** this 12th day of February, 2020.

        MOULTON BELLINGHAM PC

        By: /s/ Gerry Fagan

        GERRY P. FAGAN
        ADAM WARREN

        ATTORNEYS FOR PLAINTIFF

4846-6649-3620, v. 1